

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-18-00065-CV

JEFFREY MURTHA, JAMES
BREWER, LARRY BERKMAN, AND
CHASIN JASON, INC.

APPELLANTS

V.

SUTTON FROST CARY, LLP, PAUL
S. CARY, SAVVY'S, INC., ICIE
BERKMAN, AND WENDIE M.
KRICKER

APPELLEES

------------

## FROM THE 342ND DISTRICT COURT OF TARRANT COUNTY
## TRIAL COURT NO. 342-284263-16

------------

## MEMORANDUM OPINION[1]

------------

We have considered the "Joint Motion to Dismiss Appeal as to Appellees

Sutton Frost Cary, LLP and Paul S. Cary" filed by Appellants and Appellees

Sutton Frost Cary, LLP and Paul S. Cary.

---

[1]*See* Tex. R. App. P. 47.4.

We grant the motion and dismiss the appeal of Jeffrey Murtha, James Brewer, Larry Berkman, and Chasin Jason, Inc. as to appellees Sutton Frost Cary, LLP and Paul S. Cary only. *See* Tex. R. App. P. 42.1(a)(2), 43.2(f). This case shall hereafter be styled "Jeffrey Murtha, James Brewer, Larry Berkman, and Chasin Jason, Inc. v. Savvy's, Inc., Icie Berkman, and Wendie M. Kricker."

PER CURIAM

PANEL: PITTMAN, J.; SUDDERTH, C.J.; and WALKER, J.

DELIVERED: August 16, 2018